IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALLSTATE INSURANCE COMPANY,

     Plaintiff,

v.                                                                                   1:23-cv-01142-SCY-LF

DENNIS MCDANIEL, CODY CORNOYER, AND HILLS
INSURANCE GROUP,

     Defendants.

## <u>ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Court *sua sponte*.  Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff filed its complaint on December 21, 2023.  Doc. 1.  Plaintiff had through Wednesday, March 20, 2024, to serve the defendants.  The record reflects that plaintiff has not served defendants.  Plaintiff has not shown good cause for the failure to serve.  *See* FED. R. CIV. P. 4(m).

IT IS THEREFORE ORDERED that to avoid dismissal of this action against defendants, plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before Monday, April 01, 2024**.**

_____

Laura Fashing
United States Magistrate Judge